

FILED

APR 1 0 2014

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 14CR0926 DHB |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 18, U.S.C., Sec. 371 – Conspiracy to Commit Offenses against the United States (Misdemeanor); Title 2, U.S.C., Sec. 437g(d)(1)(A)(ii) and 441e – Campaign Contribution by a Foreign National (Misdemeanor); Title 2, U.S.C., Sec. 437g(d)(1)(A)(ii) and 441f – Conduit Contribution (Misdemeanor); Title 18, U.S.C., Sec. 2 – Aiding and Abetting |
| MARC ALAN CHASE, | |
| Defendant. | |

The United States Attorney charges:

Count 1

Beginning no later than December 2011, and continuing through December 2013, in the Southern District of California and elsewhere, defendant MARC ALAN CHASE and others conspired together to:

(1)  Knowingly and willfully make foreign national contributions and donations, aggregating $2,000 and more during a calendar

year in violation of Title 2, United States Code, Sections 437g(d)(1)(A)(ii) and 441e; and

(2) Knowingly and willfully make contributions to a candidate for federal office in the names of other persons, aggregating $2,000 and more during a calendar year in violation of Title 2, United States Code, Sections 437g(d)(1)(A)(ii) and 441f;

And, on about September 27, 2012, to effect the objects of the conspiracy, defendant MARC ALAN CHASE wrote a check in the amount of $120,000 to an independent expenditure committee in connection with a local election, induced by the knowledge that he would be reimbursed by Jose Susumo Azano Matsura (charged elsewhere), a foreign national; all in violation of Title 18, United States Code, Section 371.

## Counts 2-4

In about January 2011, in the Southern District of California and elsewhere, defendant MARC ALAN CHASE knowingly and willfully did directly and indirectly make donations by a foreign national, aggregating $2,000 and more during a calendar year, in connection with a local election, to wit, by dividing cash provided by Jose Susumo Azano Matsura among a series of straw donors, as well as himself, which money he then caused to be donated to a candidate for the office of Mayor of San Diego, California, as set forth below:

| Count | Straw Donor | Amount |
|---|---|---|
| 2 | MARC ALAN CHASE | $500 |
| | Family Member 1 | $500 |

| | Administrative Employee | $500 |
|---|---|---|
| | Personal Assistant | $500 |
| | Salesman 1 | $500 |
| | Salesman 2 | $500 |
| | Salesman 3 | $500 |
| | Salesman 4 | $500 |
| | Salesman 1's Spouse | $500 |
| | Salesman 4's Spouse | $500 |
| | Business Associate | $500 |
| | Business Associate's Spouse | $500 |

in violation of Title 2, United States Code, Sections 437g(d)(1)(A)(ii) and 441e(a)(1) and Title 18, United States Code, Section 2.

## Count 5

On about September 24, 2012, in the Southern District of California, and elsewhere, defendant MARC ALAN CHASE knowingly and willfully did directly and indirectly make a contribution by a foreign national aggregating $2,000 and more during a calendar year in connection with a federal election, to wit, by donating money given to him by Jose Susumo Azano Matsura to a political party committee supporting a candidate for the office of Congressman, in violation of Title 2, United States Code, Sections 437g(d)(1)(A)(ii) and 441e(a)(1).

## Count 6

On about September 24, 2012, in the Southern District of California, and elsewhere, defendant MARC ALAN CHASE knowingly and

3

willfully did directly and indirectly make a contribution in the name of another aggregating $2,000 and more during a calendar year in connection with a federal election, to wit, by contributing money given to him by Jose Susumo Azano Matsura to a political party committee supporting a candidate for the office of Member of Congress, in violation of Title 2, United States Code, Sections 437g(d)(1)(A)(ii) and 441f.

### Count 7

On about September 27, 2012, in the Southern District of California, and elsewhere, defendant MARC ALAN CHASE knowingly and willfully did directly and indirectly make a donation by a foreign national aggregating $2,000 and more during a calendar year in connection with a local election, to wit, by donating money given to him by Jose Susumo Azano Matsura to a political party committee supporting a candidate for the office of Mayor of San Diego, California, in violation of Title 2, United States Code, Sections 437g(d)(1)(A)(ii) and 441e(a)(1).

### Count 8

On about September 27, 2012, in the Southern District of California, and elsewhere, defendant MARC ALAN CHASE knowingly and willfully did directly and indirectly make a donation by a foreign national aggregating $2,000 and more during a calendar year in connection with a local election, to wit, by donating money given to him by Jose Susumo Azano Matsura to an independent expenditure committee supporting a candidate for the office of Mayor of San Diego,

California, in violation of Title 2, United States Code, Sections 437g(d)(1)(A)(ii) and 441e(a)(1).


DATED: 4/9/14.                         CINDY M. CIPRIANI
                                       Acting United States Attorney


                                       _____
                                       TIMOTHY C. PERRY
                                       WILLIAM P. COLE
                                       Assistant U.S. Attorneys

5