1 **ACKNOWLEDGMENT BY DEFENSE**
2 I have reviewed the foregoing motion for a protective order, and the proposed protective
3 order, and I agree to be bound by the order's terms (both print and sign your name):
4
5 DATED: 4-10-14          _____
6
7 DATED: 4-10-14          _____
8
9 DATED: _____          _____
10
11 DATED: _____          _____
12
13 DATED: _____          _____
14
15 DATED: _____          _____
16
17 DATED: _____          _____
18
19 DATED: _____          _____
20
21 DATED: _____          _____
22
23 DATED: _____          _____
24
25 DATED: _____          _____
26
27 DATED: _____          _____
28